1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIRA SAAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN, CO.; WALGREEN FAMILY OF COMPANIES; DOES 1 TO 50, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:19-cv-09869 SB (JCx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO WELLCARE PHARMACY AND TO CONTINUE PLAINTIFF'S DEPOSITION**<br><br>District Judge:　Hon. Stanley Blumenfeld, Jr.<br>　　　　　　　　Courtroom 6C, First St.<br>Magistrate Judge:Hon. Jacqueline Chooljian<br>　　　　　　　　Courtroom 750, Roybal |

Proposed Order.docx

# **[PROPOSED] ORDER**

Defendant Walgreen, Co.'s ("Defendant") has moved for an order compelling plaintiff Amira Saad ("Plaintiff") to produce documents in response to Defendant's records subpoena served on her business, WellCare Pharmacy, LLC. Defendant also moved for an order continuing Plaintiff's deposition for an additional seven-hour day, free from obstruction by Plaintiff's Counsel, to permit Defendant to question Plaintiff regarding WellCare's documents as well as other late-produced documents.

The Court, having reviewed and considered the papers, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff Amira Saad must:

1. Produce documents responsive to Defendant's records subpoena served on her business, third-party WellCare Pharmacy, LLC, no later than seven (7) days after entry of this Order; and

2. Appear for an additional seven (7) hours of deposition, on a date mutually agreed by the parties, but no later than fourteen (14) days after production of the WellCare Pharmacy, LLC documents.

IT IS SO ORDERED.

DATED: _____

Hon. Jacqueline Chooljian
United States Magistrate Judge

45019529.1